**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**DIANNE ARMSTRONG**                                                         **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 5:04cv134-KS-JMR**

**ST. PAUL FIRE & MARINE
INSURANCE COMPANY**                                   **INTERVENOR PLAINTIFF**

**VERSUS**

**INTERNATIONAL PAPER COMPANY**                       **DEFENDANT**

### JUDGMENT OF DISMISSAL

This cause comes before the Court sua sponte, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the Court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby dismissed with prejudice as to all parties. By agreement of the parties, the Court hereby retains jurisdiction to enforce the settlement agreement, and if any party fails to consummate this settlement within thirty (30) days, any aggrieved party may reopen the case for enforcement of the settlement agreement within ninety (90) days thereafter; and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

IT IS FURTHER ORDERED AND ADJUDGED that this matter having been concluded, all motions pending in this matter, if any, are hereby moot and accordingly dismissed.

SO ORDERED AND ADJUDGED this **the 24th day of January, 2007.**

                                                *s/Keith Starrett*
                                            **UNITED STATES DISTRICT JUDGE**